FILED

MAY 29 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  Your Name: _Sam Sohn_

2  Address: _261 Sondra way Campbell CA 95008_

3  Phone Number: _408 466 8991_

4  Fax Number: _____

5  E-mail Address: _DeerFlorist1@gmail.com_

6  Pro Se Plaintiff

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

10

11  _Sam Sohn_                    Case Number _[leave blank]_  CV-20-3780

12

13            Plaintiff,          **COMPLAINT**                   VKD

14       vs.
15  _California_
    _Housing Financing agency_    DEMAND FOR JURY TRIAL
16  _Keep your home California_
    _Government claims program_   Yes [X]  No [ ]
17

18

19            Defendant.

20

21                        **PARTIES**

22  1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

23  Name: _Sam Sohn_

24  Address: _261 Sondra way Campbell CA 95008_

25  Telephone: _408 466 8991_

26

27

28

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: _California Housing Financing Agency_

Address: _500 Capitol Mall, Suite 1400 Sacramento CA 95814_

Telephone: _916 326 8096_


Defendant 2:

Name: _Keep your home California_

Address: _500 Capital Mall, Suite 1400 Sacramento CA 95814_

Telephone: _916 326 8996_


Defendant 3:

Name: _Government claims Program_

Address: _P.O. Box 3035  Sacramento CA 95812_

Telephone: _800 955 0045_


**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE 2 OF 9 [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4.   Venue is appropriate in this Court because:

[X] a substantial part of the events I am suing about happened in this district.

[X] a substantial part of the property I am suing about is located in this district.

[ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

[ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5.   Because this lawsuit arose in _____Santa Clara_____ County, it should be assigned to the _____San Jose_____ Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

I, Plaintiff, Sam Sohn  respectfully declare the following facts and truth ;

English is Plaintiff's  second language and Plaintiff has language limitation.  Plaintiff

prepared this complaint without help of interpreter and of attorney.

COMPLAINT
PAGE 3 OF 9  *[JDC TEMPLATE – Rev. 05/2017]*

The Defendant, California Housing Financing Agency ( CalFHA) is head quarter of Defendant, Keep Your Home California ( KYHC). US treasury transferred the Federal funds of multi billion dollars to the above Defendants to make mortgage payment of Californian , to prevents the foreclosure of Californian because California is non judicial foreclosure state.

My mortgage lender, Patelco Credit Union ( PCU) was attempting to enforce the malicious and illegal foreclosure against the Plaintiff because of their malicious desire to damage and harm the Plaintiff. There PCU politically conspired with Ms. McCarthy in KYHC and the president of CalFHA, Ms. Diane Richardson and the supervisor in Mr. Bill Feigle to make Defendants reject funding for my mortgage payment.

Therefore, the above stated three Defendants committed the abusing the US treasury funds and abusing the public power and housing discrimination and fraudulent fabrication regarding the subject and racial discrimination and harassment and breach of contract and fraudulent concealment and mental and financial cruelty against the Plaintiff .

Plaintiff was repeatedly qualified to receive the US treasury funds in KYHC to make the Home Mortgage payments. However the above stated 3 defendants rejected to award to Plaintiff the above funds.

In order to prevent that any other workers in KYHC award me the US treasury funds, the above stated three defendants ordered that any other workers in KYHC would not involve

*[Copy this page and insert it where you need additional space.]*

and communicate with the Plaintiff. Therefore, MS McCarthy closed the excess of my filed from all other workers and she exclusively occupied my file and my case for about 4 years.

Therefore the above three Defendants induced and protected and encouraged in my mortgage lender's banking fraud and illegal foreclosure the they filed four times against the Plaintiff.

When the Plaintiff filed the lawsuit of case Number 17cv 306849 against the PCU in the Santa Clara superior Court, KYHC purposely rejected to cooperate in the discovery and rejected to release any and all the proof or records and the witness to protect PCU. The Defendants continued to speak fraudulent perjury to the court to make the PCU win in the above lawsuit case. Therefore, the Plaintiff dismissed the case without prejudice.

The Defendant, the Department of Government Claims Program only tried to politically protect the KYHC. Therefore they rejected to communicate with the Plaintiff and they continued speaking the untruth that they are not in the jurisdiction to handle the complaint filed against KYHC. To my complaint filed against KYHC, they did not take any kind communication and just sent me the denial letter dated December 2, 2019.

- 5 -

**CLAIMS**

**First Claim**

(Name the law or right violated: *Illegal Foreclosure  court perjury* *housing discrimination abusing Federal Fund* )

(Name the defendants who violated it: *Ms. McCarthy  Dianne Richardson* *Mr. Bill Eagles* )

[*Explain briefly here* <u>what</u> *the law is,* <u>what each</u> *defendant did to violate it, and* <u>how</u> *you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

Defendants in KYHC induced and cooperated conspired  with Plaintiff's mortgage lender, PCU  to enforce the illegal foreclosure filed  against me  4 times.  Defendant's very exited and enjoyed with my mortgage lender in filing the malicious and illegal foreclosure. Therefore, Defendants committed the following violation of law.

*Plaintiff was qualified to receive*  the federal funds for the mortgage payment.  The above 3 defendants in KYHC rejected to award the funds.   KYHC declared that KYHC did not enter to the final denial and  wanted to enter to the reconsideration.  To make PCU enforce the illegal Foreclosure and to make *PCU win in the civil case* NO. 17cv306849 in the Superior Court of Santa Clara  above stated  defendants committed  perjury  saying lie that KYHC entered to the final denial  at that time.  In order to protect and conceal the foreclosure fraud that PCU committed , the  Defendant, *McCarthy continued  fraudulent* fabrication in the business over site.

By the result of the illegal and malicious  foreclosure filed 4 times  that  The Defendants brought up  by colluding with PCU ,  the Plaintiff suffered the serious financial  damages and mental damages and loss of time and damage of credit.  It brought the Plaintiff's serious medical damages .  So many home buyers continued the harassment against the Plaintiff  for 3 years because they wanted to take advantage of foreclosure.

COMPLAINT

PAGE 7  OF  *9*  [*JDC TEMPLATE – 05/17*]

**Claim**

(Name the law or right violated: *Illegal Foreclosure perjury Housing Discrimination abusing Federal Funds*)

(Name the defendants who violated it: *Ms. McCarthy Dianne Richardson Mr Bill Feigle*)

Therefore, the Defendant's enforcing the continued foreclosure against the Plaintiff was very unethical and brutal cruelty against the Plaintiff that brought the Plaintiff's infinitive sacrifice. However, the Defendants, especially Ms. McCarthy, was too much enjoying the Plaintiff's sacrifice.

The Defendants was always very rude and continued ignoring the Plaintiff. They continued reject communication and to hung up telephone. To protect PCU in the case of Number 17 cv 306849, Defendant, Mr. Bill Feigle claimed lie that he did not know and did not involve in my case in KYHC. Defendants handled the Federal funds like their private money. I found on line that about one hundred peoples reported same kind complaint against KYHC.

In order protect the fraudulent and illegal foreclosure enforced by PCU, the Defendants were cooperating with PCU to Fabricate the subject related to the approval funding.

In order to politically protect KYHC, the Defendant, the department of government claims program evaded and rejected all communication with the Plaintiff. They only sent the denial letter and claimed that they finished investigation.

COMPLAINT

PAGE _6_ OF _9_   [JDC TEMPLATE – 05/17]

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

In the front pages I, Plaintiff proved all the facts of history  how Defendants victimized the Plaintiff by committing their malicious  cruelty against the Plaintiff.  Defendants  made so many different parties  commit  harassment and cruelty against the Plaintiff.  The Defendant enjoyed it.   It resulted the serious mental damages  and physical damages  and financial damages  against the Plaintiff  that can not be recovered.

I demand 5 million dollars

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

[X] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: _May 29, 2020_   Sign Name: _____

Print Name: _Sam Sohn_

COMPLAINT
PAGE _2_ OF _2_  *[JDC TEMPLATE – 05/17]*

I declare under penalty of perjury that the foregoing is true and correct and understand that any false statement herein may result in dismissal of my claims.

Document Dated: May 27, 2020


*Rosario Marinello*
Rosario Marinello

5/27/2020
Date